FILED by **SA** D.C.
ELECTRONIC

Jul 14, 2011

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D OF FLA. MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

# 11-80124-CR-HURLEY/VITUNAC

Case No. _____

21 USC 841(a)(1)
21 USC 841(b)(1)(C)
18 USC 922(a)(1)(A)
18 USC 923(a)
18 USC 924(a)(1)(D)
18 USC 924(c)(1)(A)

UNITED STATES OF AMERICA

v.

ALBERTO JOSUE NARVAEZ,
a/k/a "Albert",

        Defendant.

_____/

## INDICTMENT

The Grand Jury charges that:

## COUNT ONE

Between on or about January 27, 2011, and on or about June 8, 2011, in Palm Beach County,

in the Southern District of Florida, the defendant,

**ALBERTO JOSUE NARVAEZ, a/k/a "Albert",**

not being a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States

Code, did knowingly and willfully engage in the business of dealing in firearms.

In violation of Title 18, United States Code, Sections 922(a)(1)(A), 923(a), and 924(a)(1)(D).

## COUNT TWO

On or about April 28, 2011, in Palm Beach County, in the Southern District of Florida, the defendant,

**ALBERTO JOSUE NARVAEZ, a/k/a "Albert",**

did knowingly and intentionally distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that the controlled substance was in fact a mixture and substance containing a detectable amount of Morphine.

## COUNT THREE

On or about April 28, 2011, in Palm Beach County, in the Southern District of Florida, the defendant,

**ALBERTO JOSUE NARVAEZ, a/k/a "Albert",**

did knowingly carry a firearm, to wit, a Smith and Wesson revolver, during and in relation to a drug trafficking crime, as set forth in Count 2 above, a crime for which he may be prosecuted in a court of the United States.

In violation of Title 18, United States Code, Section 924(c)(1)(A).

## COUNT FOUR

On or about May 25, 2011, in Palm Beach County, in the Southern District of Florida, the defendant,

**ALBERTO JOSUE NARVAEZ, a/k/a "Albert",**

did knowingly and intentionally distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that the controlled substance was in fact a mixture and substance containing a detectable amount of Morphine.

A TRUE BILL

_____

FOREPERSON

_____

WIFREDO A. FERRER
UNITED STATES ATTORNEY

_____

KAREN L. ATKINSON
ASSISTANT UNITED STATES ATTORNEY

3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

vs.

ALBERTO JOSUE NARVAEZ,
a/k/a "Albert"
                                    **Defendants.**
_____/

CASE NO. _____

# CERTIFICATE OF TRIAL ATTORNEY*

**Superseding Case Information:**

**Court Division**: (Select One)

| | | |
|---|---|---|
| ____ Miami | ____ Key West | |
| ____ FTL | __X__ WPB | ____ FTP |

New Defendant(s)          Yes _____   No ____
Number of New Defendants          _____
Total number of counts          _____

I do hereby certify that:

1.   I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2.   I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3.   Interpreter:     (Yes or No)     __No__
     List language and/or dialect     _____

4.   This case will take     __3-4__     days for the parties to try.

5.   Please check appropriate category and type of offense listed below:

     (Check only one)                                   (Check only one)

| | | | | | |
|---|---|---|---|---|---|
| I | 0 to 5 days | __X__ | Petty | _____ |
| II | 6 to 10 days | _____ | Minor | _____ |
| III | 11 to 20 days | _____ | Misdem. | _____ |
| IV | 21 to 60 days | _____ | Felony | __X__ |
| V | 61 days and over | _____ | | |

6.   Has this case been previously filed in this District Court? (Yes or No)     __No__
If yes:
Judge: _____     Case No. _____
(Attach copy of dispositive order)
Has a complaint been filed in this matter?     (Yes or No)     __No__
If yes:
Magistrate Case No.     _____
Related Miscellaneous numbers:     _____
Defendant(s) in federal custody as of     _____
Defendant(s) in state custody as of     _____
Rule 20 from the     _____     District of     _____

Is this a potential death penalty case? (Yes or No)     __No__

7.   Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?     _____ Yes     __X__ No

8.   Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?     _____ Yes     __X__ No

_____
KAREN L. ATKINSON
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 178603

*Penalty Sheet(s) attached

REV 4/8/08

# BOND RECOMMENDATION

## ALBERTO JOSUE NARVAEZ, a/k/a "Albert"
Defendant.

PRETRIAL DETENTION is recommended as to defendant.

_____
KAREN L. ATKINSON
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**: **ALBERTO JOSUE NARVAEZ, a/k/a "Albert"**

**Case No**: _____

Count : 1

18 USC §§ 922(a)(1)(A); 923(a) and 924(a)(1)(D)
Dealing in Firearms

\* **Max. Penalty**: 0-5 Years Imprisonment; $250,000 Fine; 3 Years Supervised Release

Counts : 2 and 4

21 USC §§ 841(a)(1); 841(b)(1)(C)
Distribution of a controlled substance

\* **Max. Penalty**: 0-20 Years Imprisonment; $1,000,000 Fine; 3 Years to Life Supervised Release

Count : 3

18 USC § 924(c)(1)(A)
Carrying a firearm during and in relation to a drug trafficking crime

\* **Max. Penalty**: Not less than 5 Consecutive Years-Life Imprisonment; $250,000 Fine;
5 Years Supervised Release

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**